03-00523
USDC RI
Judge E. Torres

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1227

COLIBRI CORPORATION,

Plaintiff, Appellant,

v.

CURLY & SMOOTH HANDELS GMBH,

Defendant, Appellee.

**JUDGMENT**
**Entered: June 23, 2005**

Upon consideration of appellant's assented-to motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 6/24/05

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

[cc: Steven E. Snow, Esq., Robert K. Taylor, Esq., Douglas A. Giron, Esq., Preston W. Halperin, Esq.]